1  Timothy E. Warriner
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   ROBERT LEE TWOFEATHERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 05-0123 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER SETTING STATUS CONFERENCE, VACATING JURY TRIAL DATE AND EXCLUDING TIME |
| v. | ) ) ) | |
| ROBERT LEE TWOFEATHERS., | ) ) | Trial date: July 12, 2005 |
| Defendants. | ) ) | Court: Hon. Garland E. Burrell, Jr. |

The parties hereby stipulate to the following:

1. This matter is currently set for jury trial to begin on July 12, 2005, and for trial confirmation hearing on June 24, 2005.

2. The government is in the process of providing discovery materials pertaining to this case. In preparation for trial, defense counsel anticipates that investigation will be necessary. Additionally, counsel anticipates filing a motion to suppress and possibly other motions prior to trial.

3. The parties hereby stipulate that to afford counsel time to prepare, the jury trial and trial confirmation hearing dates be vacated, and that this matter be set for status conference on June 10, 2005.

4. It is further stipulated that time be excluded for preparation of counsel pursuant to Local Code T4, from May 11, 2005 (the date of the arraignment) to the June 10, 2005 status conference. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: June 1, 2005          /s/ Timothy E. Warriner
                             Attorney for Defendant
                             ROBERT LEE TWOFEATHERS

DATED: June 1, 2005          /s/ William S. Wong
                             Assistant United States Attorney

## ORDER

Since the parties' stipulate, the trial date of July 12, 2005, and trial confirmation hearing of June 24, 2005, are vacated, and a status conference is set for June 10, 2005, at 9:00 a.m; and time is excluded from May 11, 2005 to the June 10, 2005, status conference for preparation of counsel under Local Code T4.  18 U.S.C. 3161(h)(8)(B)(iv).

Dated:  June 2, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge