Tim Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for Defendant,
ROBERT LEE TWOFEATHERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT LEE TWOFEATHERS, )<br>)<br>    Defendant. )<br>_____ ) | No. CR S 05-00123 GEB<br><br>STIPULATION AND ORDER<br>RE: EXCLUDABLE TIME AND<br>SETTING OF MOTION HEARING<br>& BRIEFING SCHEDULE |

The parties hereby stipulate to the following:

1.    This matter is now set for hearing on any motions on October 21, 2005, at 9:00 a.m.

2.    Defense counsel is in need of additional time to prepare pretrial motions.  The government agrees to the following modification of the motion schedule in order to afford counsel time for preparation of counsel: Motions to be heard **November 18, 2005 at 9:00 a.m**; motions due **October 14, 2005**; government's response due **November 3, 2005**; defendant's reply, if any, due **November 11, 2005.**

3.    The parties stipulate, and the court is requested to order, that time pending filing of motions should be excluded pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv), for preparation of counsel.

DATED: September 20, 2005        /s/ Tim Warriner, Attorney for defendant,
                                                ROBERT LEE TWOFEATHERS

DATED: September 20, 2005            /s/ Daniel Linhardt, Assistant US Attorney,
                                     On behalf of William S. Wong

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the October 21, 2005 motion hearing date be vacated and that the matter be set for hearing on pretrial motions on November 18, 2005, at 9:00 a.m..  The following briefing schedule is ordered: defendants' motions due October 14, 2005; government's response due November 3, 2005; defendants' optional reply due November 11, 2005.  It is further ordered that time continue to be excluded for preparation of counsel pending filing of motions pursuant to 18 U.S.C. 3161(h)(8)(B)(iv), Local Code T4.

Dated:  September 28, 2005

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge