1  Tim Warriner (SB#166128)
   Attorney at Law
2  1725 Capitol Ave.
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 448-5346
4
   Attorney for Defendant,
5  ROBERT LEE TWOFEATHERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 05 0123 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RE EXCLUDABLE TIME AND |
| v. ) | MODIFICATION OF PRETRIAL |
| ) | MOTION SCHEDULE |
| ) | |
| ROBERT LEE TWOFEATHERS ) | |
| ) | Date:  November 18, 2005 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | |
| _____) | |

The parties hereby stipulate to the following:

1. This matter is now set for hearing on motions on **November 18, 2005, at 9:00 a.m.** Counsel for defendant has filed a motion to suppress evidence which is now pending before the court.

2. The parties herein are attempting to resolve this matter by way of plea, and additional time is needed in order to engage in plea negotiations, and to discuss possible pleas with the defendant. Additionally, the government requests additional time to respond to the defense motions filed. Therefore, it is requested that the motion hearing date be vacated and that the matter be set for a status conference on **December 9, 2005 at 9:00 a.m.** It is anticipated that, if necessary, a subsequent motion hearing date and briefing schedule will

1

be discussed at the December 9, 2005 status conference.  The government shall have no obligation to respond to the motions filed pending modification of the motion hearing date and briefing schedule.

3. The parties stipulate, and the court is requested to order, that time continued to be excluded pursuant to Local Code E, 18 U.S.C. 3161(h)(1)(F), as motions are pending, and pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv), for preparation of counsel.

DATED: November 15, 2005    /s/ Tim Warriner, Attorney for defendant,
                            ROBERT TWOFEATHERS

DATED: November 15, 2005    /s/ William Wong, Assistant United States Attorney,
                            Attorney for the Government

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the November 18, 2005 motion hearing date be vacated and that the matter be set for a status conference on December 9, 2005 at 9:00 a.m.  It is further ordered that time continue to be excluded pursuant to Local Code E, 18 U.S.C. 3161(h)(1)(F), as motions are now pending, and for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: November 16, 2005

                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge