1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )
                                  ) CR S-05-0123 GEB
12                    Plaintiff,  )
                                  ) STIPULATION AND ORDER RESETTING
13            v.                  ) STATUS CONFERENCE, AND EXCLUDING
                                  ) TIME UNDER THE SPEEDY TRIAL ACT
14  ROBERT LEE TWOFEATHERS,       )
                                  )
15                    Defendant.  )
    _____)
16

17       The United States of America, through its counsels of record,

18  McGregor W. Scott, United States Attorney for the Eastern District

19  of California, and William S. Wong, Assistant United States

20  Attorney, and defendant Robert Lee Twofeathers, through his counsel

21  of record, Timothy Warriner, Esq., hereby submit this stipulation

22  and proposed order resetting the status conference on December 9,

23  2005 to December 16, 2005.

24       Counsel for the government and the defense are actively

25  negotiating a possible resolution to this matter and require

26  additional time to finalize a plea agreement.

27           Defense counsel needs additional time to go over the plea

28  agreement with the defendant, discuss the Sentencing Guidelines and

                                   1

1  prepare the defendant for entry of plea.  Additionally, counsels

2  request that time be excluded from December 6, 2005, to December 16,

3  2005, from computation of time within which the trial of this case

4  must be commenced pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and

5  Local Code T4 (to give counsel reasonable time to prepare).

6  IT IS SO STIPULATED.

7                                    McGREGOR W. SCOTT
                                     United States Attorney
8

9  Dated: December 7, 2005      By:  /s/ William S. Wong
                                     WILLIAM S. WONG
10                                   Assistant U.S. Attorney
                                     Attorneys for Plaintiff
11

12 DATED: December 7, 2005      By:  /s/ Timothy Warriner
                                     TIMOTHY WARRINER, ESQ.
13                                   Attorney for Defendant
                                     ROBERT LEE TWOFEATHERS
14

15 _____

                                **ORDER**
16

17      UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is

18 hereby ordered that this matter be set for further status conference

19 and/or entry of plea as set forth above.

20      The Court finds excludable time as set forth above to and

21 including December 16, 2005.

22      **IT IS SO ORDERED.**

23 Dated:  December 7, 2005

24
                                     /s/ Garland E. Burrell, Jr.
25                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
26

27

28

                                     2