Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
ROBERT LEE TWOFEATHERS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 05-0123 GEB |
| Plaintiff, | )<br>)<br>) | STIPULATION AND ORDER<br>CONTINUING JUDGMENT<br>AND SENTENCING DATE |
| v. | )<br>) | |
| ROBERT LEE TWOFEATHERS., | )<br>) | |
| Defendants. | ) | |

The parties hereby stipulate to the following:

1. This matter is now set for judgment and sentencing on March 31, 2006, at 9:00 a.m.

2. The parties hereby stipulate that the judgment and sentencing date may be continued in order to provide additional time for defense counsel, who is currently in trial, to assist the US Probation Officer in preparation of the presentence investigation report. Thus, is hereby requested that the sentencing date be moved to **April 21, 2006, at 9:00 a.m.**

DATED: January 24, 2006         /s/ Tim Warriner
                                Attorney for defendant, ROBERT
                                TWOFEATHERS

DATED: January 24, 2006         /s/ William S. Wong,
                                Assistant U.S. Attorney

1

## ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentencing date be continued to April 21, 2006, at 9:00 a.m.

Dated: January 26, 2006

```
                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge
```